UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
Kathleen Makinen et al.,
       Plaintiffs,

           11 Civ. 7535(ALC)(GWG)

      - against -           **SEALING ORDER**

City of New York et al.,
       Defendants.
-----------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Upon submission from the parties, the Clerk of Court is respectfully directed to place the following documents under seal:

1. Eichenholtz Declaration in Support of Defendants' Motion for Summary Judgment, dated May 5, 2013, and Exhibits 1-64 annexed thereto;

2. Joslin Affidavit in Opposition to Defendants' Motion for Summary Judgment, and in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment, sworn to June 25, 2013, and Exhibits A-JJ annexed thereto;

3. Eichenholtz Declaration in Further Support of Defendants' Motion for Summary Judgment, and in Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment, dated September 6, 2013, and Exhibits 65-75 annexed thereto; and

4. Joslin Affidavit in Further Support of Plaintiffs' Cross-Motion for Partial Summary Judgment, sworn to September 27, 2013, and Exhibits KK-LL annexed thereto.

The documents contain sensitive information that should not be a part of public record.

SO ORDERED.

Dated: New York, New York
       November 6, 2013

                                              ANDREW L. CARTER, JR.
                                              United States District Judge