UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KATHLEEN MAKINEN and JAMIE NARDINI,

                Plaintiffs,

  - against –

CITY OF NEW YORK; RAYMOND W. KELLY,
as Police Commissioner of the City of New York;
and SERGEANT DANIEL J. SWEENEY,
individually and in his official capacity,

                Defendants.
_____

**PLAINTIFFS' PROPOSED VERDICT FORM**

11 Civ. 7535 (ALC/GWG)

      Plaintiffs **Kathleen Makinen** and **Jamie Nardini** respectfully submit the following proposed special verdict form for consideration by the Court, based upon the evidence plaintiffs expect will be presented at trial. With the Court's permission, plaintiffs wish to reserve their right to amend or supplement this proposed verdict form at the close of the evidence, if unanticipated factual or legal issues arise during the course of the trial.

DATED:  April 20, 2015

Respectfully Submitted,

GLEASON, DUNN, WALSH & O'SHEA
Attorneys for Plaintiffs

By   s/ *Lisa F. Joslin, Esq.*
      **Lisa F. Joslin, Esq. (LF 9245)**
40 Beaver Street
Albany, New York 12207
Tel: (518) 432-7511
Fax: (518) 432-5221

TO: **ZACHARY W. CARTER**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-183
New York, New York 10007-2601
Tel: (212) 356-2430
Fax: (212) 356-2439

Of Counsel:
Eric Eichenholtz, Esq.
Christopher Bouriat, Esq.
Yuval Rubinstein, Esq.

**VERDICT FORM**

**Kathleen Makinen**

1. Did plaintiff Kathleen Makinen prove, by a preponderance of the evidence, that she was subjected to discrimination on the basis of a perception of disability?

    Answer "YES" or "NO"          _____

    **If you answered "YES" to Question No. 1, please proceed to Question No. 2.**
    **If you answered "NO" to Question No. 1, please proceed to Question No. 8.**

2. Do you find, by a preponderance of the credible evidence, that defendant Sergeant Daniel Sweeney either: participated in the discriminatory conduct against Ms. Makinen; OR aided, abetted, incited or coerced the discriminatory conduct by others; OR possessed sufficient authority over the NYPD workplace to render him personally liable for Ms. Makinen's damages?

    Answer "YES" or "NO"          _____

    **Please proceed to Question No. 3.**

3. Is plaintiff Kathleen Makinen entitled to an award of compensatory damages against the defendants for: lost wages; out-of-pocket costs and expenses; and/or lost retirement benefits and earnings?

    Answer "YES" or "NO"          _____

    **If you answered "NO" to Question No. 3, please proceed to Question No. 4.**

    **If you answered "YES" to Question No. 3, please state the amount(s) of economic damages that you find plaintiff Makinen entitled to, based on the conduct of the defendants, for:**

    (a) Lost Wages:  $ _____

    (b) Out-of-Pocket Costs and Expenses:  $ _____

    (c) Lost Retirement Benefits and Earnings:  $ _____

    Total Economic Damages: $ _____

    **Please proceed to Question No. 4.**

4.  Is plaintiff Kathleen Makinen entitled to an award of compensatory damages against the defendants for emotional distress and mental anguish?

    Answer "YES" or "NO"    _____

    **If you answered "NO" to Question No. 4, please proceed to Question No. 5.**

    **If you answered "YES" to Question No. 4, please state the total amount of compensatory damages that you find plaintiff Makinen entitled to, for her emotional distress and mental anguish:**

    Total Emotional Distress Damages: $ _____

    **Please proceed to Question No. 5.**

5.  Do you award punitive damages to Ms. Makinen against defendant Kelly?

    Answer "YES" or "NO"    _____

    **If you answered "NO" to Question No. 5, please proceed to Question No. 6.**

    **If you answered "YES" to Question No. 5, please state the total amount of punitive damages that you find against defendant Kelly in favor of plaintiff Makinen:**

    Total Punitive Damages against Kelly: $ _____

    **Please proceed to Question No. 6.**

6.  Do you award punitive damages to Ms. Makinen against defendant Sweeney?

    Answer "YES" or "NO"    _____

    **If you answered "NO" to Question No. 6, please proceed to Question No. 7.**

    **If you answered "YES" to Question No. 6, please state the total amount of punitive damages that you find against defendant Sweeney in favor of plaintiff Makinen:**

    Total Punitive Damages against Sweeney: $ _____

    **Please proceed to Question No. 7.**

7.  Do you award Ms. Makinen an additional sum in damages to compensate her for the additional tax burden she will experience based on a lump sum payment of this award ("tax gross-up")?

    Answer "YES" or "NO"   _____

    **If you answered "NO" to Question No. 7, please proceed to Question No. 8.**

    **If you answered "YES" to Question No. 7, please state the total amount of your "tax gross-up" award in favor of plaintiff Makinen:**

    Total Tax Gross-Up: $ _____

    **Please proceed to Question No. 8.**

**Jamie Nardini**

8.  Did plaintiff Jamie Nardini prove, by a preponderance of the evidence, that she was subjected to discrimination on the basis of a perception of disability?

    Answer "YES" or "NO"   _____

    **If you answered "YES" to Question No. 8, please proceed to Question No. 9.**
    **If you answered "NO" to Question No. 8, please STOP and proceed to the Court.**

9.  Do you find, by a preponderance of the credible evidence, that defendant Sergeant Daniel Sweeney either: participated in the discriminatory conduct against Ms. Nardini; OR aided, abetted, incited or coerced the discriminatory conduct by others; OR possessed sufficient authority over the NYPD workplace to render him personally liable for Ms. Nardini's damages?

    Answer "YES" or "NO"   _____

    **Please proceed to Question No. 10.**

10. Is plaintiff Jamie Nardini entitled to an award of compensatory damages against the defendants for emotional distress and mental anguish?

    Answer "YES" or "NO"   _____

**If you answered "NO" to Question No. 10, please proceed to Question No. 11.**

**If you answered "YES" to Question No. 10, please state the total amount of compensatory damages that you find plaintiff Nardini entitled to, for her emotional distress and mental anguish:**

    Total Emotional Distress Damages: $ _____

**Please proceed to Question No. 11.**

11. Do you award punitive damages to Ms. Nardini against defendant Kelly?

    Answer "YES" or "NO"    _____

**If you answered "NO" to Question No. 11, please proceed to Question No. 12.**

**If you answered "YES" to Question No. 11, please state the total amount of punitive damages that you find against defendant Kelly in favor of plaintiff Nardini:**

    Total Punitive Damages against Kelly: $ _____

**Please proceed to Question No. 12.**

12. Do you award punitive damages to Ms. Nardini against defendant Sweeney?

    Answer "YES" or "NO"    _____

**If you answered "NO" to Question No. 12, please proceed to Question No. 13.**

**If you answered "YES" to Question No. 12, please state the total amount of punitive damages that you find against defendant Sweeney in favor of plaintiff Nardini:**

    Total Punitive Damages against Sweeney: $ _____

**Please proceed to Question No. 13.**

13. Do you award Ms. Nardini an additional sum in damages to compensate her for the additional tax burden she will experience based on a lump sum payment of this award ("tax gross-up")?

    Answer "YES" or "NO"    _____

**If you answered "NO" to Question No. 13, please STOP and proceed to the Court.**

**If you answered "YES" to Question No. 13, please state the total amount of your "tax gross-up" award in favor of plaintiff Nardini:**

    Total Tax Gross-Up: $ _____

**Please proceed to the Court.**