UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KATHLEEN MAKINEN and JAMIE NARDINI,

                               Plaintiffs,

-against-

CITY OF NEW YORK; RAYMOND W. KELLY, as Police Commissioner of the City of New York; NEW YORK CITY POLICE DEPARTMENT; and SERGEANT DANIEL J. SWEENEY, individually and in his official capacity,

                               Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' PROPOSED VOIR DIRE**

11 CV 7535 (ALC)

       The defendants, pursuant to Rule 47 of the Federal Rules of Civil Procedure, submit the following proposed questions for voir dire:

PROPOSED EXPLANATION OF THE CASE: "Plaintiffs claim that they were discriminated against by defendants by being wrongfully perceived in relation to their alcohol consumption. Defendants deny that they discriminated against plaintiffs in any way, and submit that they had a good faith basis for their decisions."

       1.     The plaintiffs in this case are Kathleen Makinen and Jamie Nardini. Is anyone acquainted with the plaintiffs?

       2.     Plaintiffs are represented by Lisa Joslin; and the defendants are represented by Yuval Rubinstein and Christopher Bouriat from the Office of the Corporation Counsel of the City of New York. Has anyone heard of counsel for the plaintiffs or defendants?

3. The following is a list of individuals who will either be witnesses or whose name you may hear during the course of the trial. Please let me know if you are familiar with any of these individuals.

4. What is your educational background?

5. What is your occupation? How long have you been active in that field?

6. Please describe your present position and your employment history.

7. What neighborhood do you live in?

8. Do you own or rent the place you currently live in?

9. Do you live with someone? If so, what is that person or persons' occupation?

10. Do you have children?

11. How many?

12. What are their ages?

13. What are their occupations, if any?

14. Have you or any members of your family or any of your close friends worked for the New York City Police Department? If yes, please describe.

15. Have you or has any member of your family or any close friend ever had any contact or interaction with the New York City Police Department? If yes, please describe.

16. Have you or has any member of your family or any close friend ever had any contact or interaction with any other police department or law enforcement agency? If yes, please describe.

17. Have you or any of your relatives or close friends ever worked in the fields of labor relations, personnel management, or human resources? If so, please state when and describe the circumstances.

18. Have you, or any of your relatives, or a close friend, ever been treated for alcohol abuse and dependency? If so, please state when and describe the circumstances.

19. Have you, or any of your relatives, or a close friend, been employed as a counselor for treatment of alcohol abuse and dependency? If so, please state when and describe the circumstances.

20. Have you taken any courses or trainings relating to the Diagnostic and Statistical Manual (DSM)? If so, please state when and describe the circumstances.

21. What newspapers do you like to read?

22. What television shows do you like to watch?

23. Have you or any members of your family or any of your close friends ever brought a claim or law suit against anyone? [May be discussed in private]

24. What type of claim or suit?

25. Was it brought in court or in another place, like a government agency or before an arbitrator?

26. Did it go to a hearing or to trial?

27. Was it decided in court or settled?

28. Did you feel you (or the claimants) were treated fairly?

29. Would anything about that experience influence you in reaching a decision in this case?

30. Has anyone ever brought a claim or lawsuit against you or any member of your family or any of your close friends? [you may discuss this in private]

31. What type of claim or suit?

32. Was it brought in court or in another place, like a government agency or before an arbitrator?

3

33. Did it go to a hearing or to trial?

34. Was it decided in court or settled?

35. Did you feel you (or the defendants) were treated fairly?

36. Would anything about that experience influence you in reaching a decision in this case?

37. Have you ever been a witness for a party in a lawsuit? If yes, describe the case and the nature of your testimony.

38. Would anything about that experience influence you in reaching a decision in this case?

39. Have you, a family member, or close friend ever made a complaint with an employer and/or outside agency such as the Equal Employment Opportunity Commission about discrimination, harassment or any problem in the work place? [If yes, may be explained privately.]

40. Have you ever been a juror before? In a civil or criminal case? Did it go to verdict?

41. Have you ever been on a Grand Jury? Where and when?

42. Will you be able to put aside anything you might have done in that case and decide this case solely on the evidence presented here and the instruction the judge will give you?

43. Have you or any members of your family or any of your close friends ever been subjected to discrimination? If so, explain? [May be explained privately]

44. Have you or any members of your family or any of your close friends ever been accused of discrimination? If so, explain. [May be explained privately]

45. Do you have any reason to believe that anything in your life experience would tend to make you partial to one side or the other in this case?

46. If you were one of the parties to this case, is there any reason why you would be hesitant to have the case heard by a juror in your frame of mind?

47. Do you have any physical problem that would make it difficult for you to sit as a juror on this case, such as a hearing loss or a need to take medication?

48. Are you or any members of your family a member of any unions? Which ones?

49. If you are selected as a juror in this case, you will be required to decide the case solely on the evidence introduced and the instructions that the judge will give you concerning the law, whether you agree with the law or not. Is there any reason why you could not do that?

50. Do you know of any reason why you think that you could not render an impartial verdict in this case?

Dated:  New York, New York
        April 20, 2015

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church St.
New York, New York 10007

By:       /s/
       Christopher S. Bouriat
       Yuval Rubinstein
       Assistant Corporation Counsel
       cbouriat@law.nyc.gov
       yrubinst@law.nyc.gov